**Order entered February 16, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00488-CR

## JOE ANGEL RODRIGUEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-80945-2022

## ORDER

Appellant's fifth motion for extension of time to file appellant's brief is before the Court. Appellant's brief was originally due November 15, 2022. The motions detail appellant's counsel's illnesses, professional schedule, and even ballet rehearsal and performance periods. The Court observes that the fourth motion for extension and this motion were both requests for 15 days while the previous extensions were for 30 days. The Court **GRANTS** the motion and **ORDERS** the brief filed **on or before MARCH 1, 2023**. Further extensions will

not be permitted.  If the brief is not filed by March 1, 2023, the Court will abate the case for the trial court to conduct a hearing and determine why appellant's brief has not been filed and whether counsel should be removed and new counsel appointed for appellant.

/s/     ERIN A. NOWELL
           JUSTICE